<u>Record of Conference and Orders: Vera M. Scanlon, USMJ</u>      Date: 2/15/2018

Case: 1:17-cv-00508-VMS      <u>Status Conf. @ 11:30 AM</u>

Civ. A Lesane v. Global Quality Transportation Status Conference (CEO)

<u>ECF Recording in 13A South:</u>   ☐ Telephone Conference   ☒ In-person Conference

<u>Counsel</u> *(See separately docket entry or document for specific appearances)*

☒ Counsel for Plaintiff(s) ☐ Pro Se Plaintiff(s) ☒ Counsel for Defendant(s) ☐ Pro Se Defendant(s)

<u>Conference Type:</u>

☐ Initial Conference ☐ Status Conference ☐ Settlement Conference ☒ Motion Hearing ☐ Discovery Conference ☐ JPTO Conference ☐ Other _____

<u>Further to the conference, discovery and other scheduling dates are as follows:</u>
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☒ Motions decided on the record — [28] is granted; [30] is moot

☐ Rule 26(a) disclosures, incl. supplements

☐ Document requests to be served

☐ Interrogatories to be served

☐ Amended pleadings, incl. joinder      ☐ To be served   ☐ To be filed
   ☐ Complaint ☐ Answer                ☐ On consent ☐ By motion ☐ By PMC letter

☐ Joint status letter ☐ Stip of dismissal to be filed

☐ Status conference                    Date:            Time:
   ☐ In person ☐ Telephone (718) 613-2300   To be organized by:

☐ Specific depositions to be held

☐ Fact discovery closes

☐ Expert disclosures to be served

☐ Initial expert report(s) to be served

☐ Rebuttal expert report(s) to be served

☐ Expert discovery closes

☐ All discovery closes

☐ Joint letter confirming discovery is concluded

☐ Summary judgment to be initiated     ☐ PMC letter ☐ Briefing

☐ Joint pre-trial order to be filed    ☐ Letter for conference ☐ Proposed JPTO

☐ Proposed confidentiality order to be filed

☐ Consent to Magistrate Judge to be filed

☐ Settlement Conference                Date:            Time:

Note: Δ's counsel does not represent Δ as to any judgment enforcement action or settlement.